# UNITED STATES DISTRICT COURT
for the

_____ District of _____

_____ Division

FILED JAN 22 2024 IN THIS OFFICE Clerk U.S. District Court Greensboro, N.C. By _____

Case No. 1:24CV49

*(to be filled in by the Clerk's Office)*

Hector R. Hernandez
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Forsyth County Sheriff Department et.al.;
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Defedant(s)
1. Forsyth County Shiriffs Department
2. Bobby F. Kimbrough
3. Major Whitaker
4. Mc'Coy, Nurs
5. Sgt. Sams

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Hector R. Hernandez
   All other names by which you have been known:
   ID Number: 2234502
   Current Institution: Forsyth County Law Enforcement Detention Center
   Address: 201 North Church street
   Winston-Salem, N.C. 27101
   City / State / Zip Code

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Forsyth County Sheriff Department
   Job or Title *(if known)*: Sheriffs office of forsyth County law Enforcement
   Shield Number: —
   Employer: Forsyth County
   Address: 301 North Church street
   Winston-Salem, N.C. 27101
   City / State / Zip Code
   [ ] Individual capacity  [✓] Official capacity

   Defendant No. 2
   Name: Bobby F. Kimbrough
   Job or Title *(if known)*: Sheriff of forsyth County
   Shield Number: —
   Employer: Forsyth County Sheriff Dep.
   Address: 301 North Church st.
   Winston-Salem, N.C. 27101
   City / State / Zip Code
   [✓] Individual capacity  [✓] Official capacity

Defendant No. 3
- Name: Major Whitaker
- Job or Title (if known): Major
- Shield Number: —
- Employer: Forsyth County Sheriff Dep.
- Address: 301 North Church St.
  Winston-Salem, N.C. 27101
  *City* *State* *Zip Code*

[✓] Individual capacity  [✓] Official capacity

Defendant No. 4
- Name: Forsyth County Detention Center
- Job or Title (if known): —
- Shield Number: —
- Employer: Forsyth County Sheriff Department
- Address: 201 North Church Street
  Winston-Salem, N.C. 27101
  *City* *State* *Zip Code*

[ ] Individual capacity  [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[X] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

[See Attached]

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? N/A

On the 21st of june the sheriffs deparment arrested me on a warrant for a misdamener. That same day after bein arrested and put in the back of the squad car I asked the cops to securely lock my trailer up because all my belonging were there. The cop told me they would only to find out they failed to do so. I found out the next day that do to the police failing to lock up my home sombody walked right in and took all my belongings. They had unlawfully knowingly and willfully left my home open for anyone to walk in and take anything they wanted. Do to their actions all my belongings were taken from my birth Cirtifacate to my passport social security card to my car title and all my electronics. I lost everything I owned. On that same day the county willfully unlawfully and knowingly put me in a intake cell spacificly in 4-C-23. This cell had a nonestop leak of water on toilet and no running water in the sink that floor had no air conditioning and since it was in the summer the cell was very hot. My cellmate and I would get dehydrated to to this issue and had no way of getting water to drink. They kept us on 23 hour lockdown. This led to my cellmate having a Diebety attack do to the lack of water to drink. We had no way of Brushing our teeth no way of washing our hands after using the bathroom or washing before eating let alone to Drink. My cellmate wrote multiple complaints and never got answers. Their was multiple Corrections officers who sighned and dated these complaints but to no avail. We never got copys of our complaints whitch is absolutely rediculouse. We wrote at least 7 to 8 griviences/complaints after not getting our copys of the complaints we started keeping our copy's before turning them in. I spent 24 days in these living conditions. I have never had my right's violated like this. Nobody should have to go through this let alone inmates who are not even guilty yet. It is Illigal to deny anyone running water to drink and keep our hygene up. It is also Illigal to keep someone in a cell that has a constant leak coming from the toilet with a slippery floor.

living under these conditions had an effect on me. 24 days into this Horrible stay on the 15th of July, 2023 my cellmate was trying to brush his dentiors with a cup of clean water he had saved from our hour of freetime. He slid a little from the toilet leak and almost went down When I saw this I quickly got up to help him back up but before I got to him I slipped on the same puddle of water and fell hard on my back. Do to the lack of water and the heat I had headace and cracked lips I was litterly losing my train of thoughts. It was modern day torcher and it all led to this nasty fall I heard a bad crack when I hit the floor. I couldn't get back up do to the horrible pain in my lower back. I got rushed to the hospital they took X-rays and seen that my lower back looked abnormal and immidiatly gave me pain medication. The doctor then perscribed me medication this also included that upon returnin to the county Jail they were to bring me my own shoes from my property and a Kane to help me walk. Upon my return they took me to the medical unit where I was told they would get my shoes and a Kane to help me walk but never gave me anything but Tylenol and a weak muscle relaxer. I now can't bend forward do to the excrutiating pain in my lower back. It's a constant pain that never goes away. The pain never goes away the most relief I get is when Im laying down and even that is only temperory. I was bonded out on Dec 2nd, 2023 and During the five months being locked up they never gave me my shoes or a kane. The cell they had put me in when moved the the med unit was a little better it had no leak and running water but it had litteral worms coming from the drain which is Discusting and unsannitery. I told my family who stay in las Vegas N.V. They had enough so they called the jail and confronted them to which they lied to them and told them it was not true. I wrote many griviance/complaints but again just dissappear with out being answered. So from the 21st of June, 2023 to the 15th of July, 2023 I was put in a cell

and left with no running water a toilet that leaked and a very hot room done willfully unlawfully and knowingly. I spent 24 day under such conditions. I was in intake for 24 days where your only sapposed to spend 14 day max. That in itself is rediccules. I couldn't wash my hands, brush my teeth or drink water to hydrate myself and a constant hazzard of falling do to the water leak. We were forced to save cups of water to try to keep clean. This all led to me falling and getting hurt. I have the paperwork from going to the E.R. I am still in pain and currently going through the motions of filing for disability and applying for medicade. The county jail in forsyth county is truly a joke and a discusting unsanitary facility not only does the staff not care but are also very careless from Correction Officers to the medical staff. They violated my god given rights and could care less if I needed help or not. I am in such poor condition do to my experiance. My family was lied to, Complaints dissappeared and nothing was done to help with my conditions. I have plenty of prove and multiple witnesses from Officers to inmates who will vouch and aggree. I also want to talk about the medical staff they are rude and very unproffetional. For example when I fell nurse McCormick was asking me question and instead of getting to the point he was more worried on what I called him I would say man or Dude in which he would cut me off and say I'm not Dude I'm not your man call me nurse. All in all this county is just Horrible from staff to the plumbing to the envirement. It has had an effect not only physiclly but Emotionaly as well and the fact that I wasn't even guilty is just shocking to say the least. The forsyth county Jail should be held accountable for what they did not just to me but other inmates. I would suggest to investigat that place because I can go on and on about conditions and the stuff that goes on in that awful place.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. See Attached pg. 5-6

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

NA

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

See pages 5-6

Page 4 of 11

Case 1:24-cv-00049-CCE-LPA   Document 1   Filed 01/22/24   Page 8 of 18

C. What date and approximate time did the events giving rise to your claim(s) occur?

July 15th, 2023

see page 5-6

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See puges 5-6

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

See puges 5-6

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I'm asking for at least $1,000,000 Do to the fact I can't get a job and have to go to constant Doctor's appointment's I have to go to a chyropractor and have no way of paying. I can go on and on. I will show prove of everything. not to mention all my belongings that got stolen do to the shireffs depurtment Leaving my home open. From car Title and all to Jewelry Electronics ecso,ooo

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Forsyth County Detention Center & Forsyth County shirrefs department

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☒ Do not know

If yes, which claim(s)?

I sent many Grievance's but they neve came back. Not Just me but many others tooo

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

In Jail many times me and 2 of my cell mates. but they just dissappeared. Also many witnesses see and have the same problems.

2. What did you claim in your grievance?

The toilet leak, the no running water to drink or wash up, the worms coming from the drain, the Heat do to lack of air conditioning.

3. What was the result, if any?

Nothing at All. We never got our copys of the complaints and when asked they would just brush it off.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I would ask for the surgent in which they would tell me they would move us to a diffrent cell but never did. Also when I asked about my grievances they would just tell me to wait. Their was nothing I could do but keep written pages of what happened.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit
      Plaintiff(s) _____
      Defendant(s) _____

   2. Court *(if federal court, name the district; if state court, name the county and State)*
      _____

   3. Docket or index number
      _____

   4. Name of Judge assigned to your case
      _____

   5. Approximate date of filing lawsuit
      _____

   6. Is the case still pending?

      ☐ Yes

      ☐ No

      If no, give the approximate date of disposition. _____

   7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
      _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? NO

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

☐ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Jan 17, 2024

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Hector R. Hernandez
Prison Identification #: 2144000
Prison Address: 201 N. Church St.
Winston-Salem, NC, 27101

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

Telephone Number
E-mail Address

Hector R. Hernandez
Forsyth County Jail
201 N. Church St.
Winston-Salem, NC 27101

05/2017

## Complaint for Violation of Civil Rights by Prisoners
## Under 42 U.S.C § 1983 or a Bivens Claim

### Instructions

1. In order to file the above-captioned claim, you must completely fill out the form entitled "Complaint for Violation of Civil Rights (Prisoner Complaint)."

2. Your complaint can typically be brought in this Court only if one or more of the named defendants is located in this district or committed the alleged civil rights violation(s) in this district. The North Carolina counties comprising this district include Chatham, Durham, Lee, Orange, Person, Alamance, Caswell, Guilford, Randolph, Rockingham, Hoke, Montgomery, Moore, Richmond, Scotland, Cabarrus, Davidson, Davie, Rowan, Stanly, Forsyth, Stokes, Surry and Yadkin.

3. You must file a separate complaint for each claim unless they are all related to the same incident or issue.

4. All questions must be answered clearly and concisely. You must tell the truth and must sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

5. You do not need to cite law. If you do not fill out the form properly, you may be asked to submit additional or correct information. If you want to submit a brief or arguments, you must submit them in a separate memorandum which is limited to twenty (20) pages

6. Make sure the form is typed or neatly written with proper margins. All filings must include your original signature. If needed, you may attach additional pages. If the additional pages are typewritten, they must be double spaced. All filings must be submitted on paper sized 8 ½ x 11 inches. Do not use the back of any page.

7. Your complaint must be accompanied by the filing fee of $400.00 (which includes a $50.00 administrative fee). If you are unable to pay the filing fee, you may petition the court to proceed *in forma pauperis*. To do so, you must complete the form entitled "Declaration and Request to Proceed In Forma Pauperis." The additional administrative fee does not apply if you are granted *in forma pauperis* status under 28 U.S.C. § 1915.

   The court will review your request, and if insufficient funds exist you may be permitted to conditionally proceed *in forma pauperis*, allowing your action to commence without the prepayment of fees. However, even if you are permitted to conditionally proceed *in forma pauperis* and without *prepayment* of fees, the Prison Litigation Reform Act requires that you pay the full amount of the filing fee, not including the administration fee. You must comply with any order of the court, including possible payment of an initial partial fee. After the initial partial filing fee is paid you will be required to make monthly payments of 20% of the preceding month's income credited to your account. The court will order the agency having custody over you to set aside such amounts and forward payments from your account to the clerk of court.

05/2017

8. Mail the original complaint, filing fee or *in forma pauperis* application, and any other correspondence pertaining to this action to:

> Clerk of Court, US District Court
> North Carolina Middle District
> 324 W. Market Street
> Greensboro, NC 27401

If you want a file stamped copy of your complaint, you must enclose an additional copy of the complaint, a self-addressed stamped envelope, and ask the court to file stamp it and return it to you.

9. If at any time during the course of your case your address changes, you must immediately notify this court of your new address in writing or the action could be dismissed without notice to you.