IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| HECTOR R. HERNANDEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:24-CV-49 |
| | ) | |
| FORSYTH COUNTY SHERIFF DEPARTMENT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER AND JUDGMENT

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and the Clerk served the recommendation to the plaintiff at his address of record. The envelope containing the Recommendation was returned marked "return to sender." Doc. 4. The plaintiff has not provided an updated address to the Clerk. In any event, no objections were filed. After consideration of the record, the Court adopts the Magistrate Judge's Recommendation.

It is **ORDERED AND ADJUDGED** that this action is filed and dismissed *sua sponte* without prejudice to the plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects cited in the Magistrate Judge's Recommendation.

This the 26th day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE